AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22-mj-00269 |
| Mark Thomas Moore | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 12/9/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Mark Thomas Moore_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

October 21, 2022, 18 U.S.C. § 1951(a) 18 U.S.C. § 1951(a) (Interference with Interstate Commerce by Robbery);
October 26, 2022, 18 U.S.C. § 1951(a) 18 U.S.C. § 1951(a) (Interference with Interstate Commerce by Robbery);
November 9, 2022, 18 U.S.C. § 1951(a) 18 U.S.C. § 1951(a) (Interference with Interstate Commerce by Robbery);
November 22, 2022, 18 U.S.C. § 2114(a) (Armed Postal Robbery).

Date: __12/09/2022__                                              2022.12.09 16:26:00 -05'00'
                                                                                *Issuing officer's signature*

City and state:   Washington, D.C.                Robin M. Meriweather, U.S. Magistrate Judge
                                                                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/9/22, and the person was arrested on *(date)* 2/13/2023
at *(city and state)* Arlington, VA.

Date: 2/13/2023

*Arresting officer's signature*

Kevin Moore Special Agent FBI
*Printed name and title*